# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MICHAEL RICHARDSON,**
                **Plaintiff,**

**-vs-**                                                  Case No. 6:08-cv-1459-Orl-22GJK

**FLORIDA HOSPITAL WATERMAN,
INC.,**
                **Defendant.**
_____

## ORDER

This cause is before the Court on the Joint Renewed Motion for Approval of Settlement (Doc. No. 28) filed on July 28, 2009.

The United States Magistrate Judge has submitted a report recommending that the Motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1.      The Report and Recommendation filed September 17, 2009 (Doc. No. 29) is ADOPTED and CONFIRMED and made a part of this Order.

2.      The Joint Renewed Motion for Approval of Settlement (Doc. No. 28) is GRANTED to the extent the Court finds the settlement is fair and reasonable.

3.      This case is DISMISSED WITH PREJUDICE.

4.      The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on October 4, 2009.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party